(124 So. 251)

### Roy COFIELD v. STATE. (6 Div. 445.)

Supreme Court of Alabama. Oct. 17, 1929.

PER CURIAM. Petition of Roy Cofield for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Cofield v. State, 124 So. 250.

Writ denied.

ANDERSON, C. J., and SAYRE, THOMAS, and BROWN, JJ., concur.